# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| FIRST-CLASS MONITORING, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BRANCH BANKING AND TRUST COMPANY,<br><br>        Defendant. | §<br>§<br>§  CIVIL ACTION NO.  6:17-CV-00620<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED**.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close the case.

**SIGNED this 5th day of March, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE